UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Noel Spleen, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>                    v.<br><br>Monarch Recovery Management, Inc.,<br><br>                    Defendant. | Case No: 2:21-cv-00055-ENV-AYS |

**STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: August 4, 2021

| | |
|---|---|
| **MARGOLIS EDELSTEIN**<br><br>By:    /s Ronald M. Metcho<br>Ronald M. Metcho, Esq.<br>220 Penn Avenue, Suite 305<br>Scranton, PA 18503<br>Tel: (570) 257-6510<br>Email: rmetcho@margolisedelstein.com<br>*Attorneys for Defendant* | **SANDERS LAW GROUP**<br><br>By:    */s/ Craig B. Sanders*<br>Craig B. Sanders, Esq.<br>100 Garden City Plaza, Suite 500<br>Garden City, NY 11530<br>Tel: (516) 203-7600<br>Email: csanders@sanderslaw.group<br>File No.: 120407<br>*Attorneys for Plaintiff* |

Application Granted
SO ORDERED
Brooklyn, New York
Dated: 8/5/2021

*/s/ Eric N. Vitaliano*
Eric N. Vitaliano
United States District Judge

*The Clerk is directed to close this case.*